ACCEPTED
DALLAS COUNTY
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/27/2015 12:08:02 PM
LISA MATZ
CLERK

FILED
DALLAS COUNTY
3/27/2015 12:08:02 PM
FELICIA PITRE
DISTRICT CLERK
Candace Tyler

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/31/2015 2:36:59 PM
LISA MATZ
Clerk

CAUSE NO. 10-03581

| | | |
|---|---|---|
| **MARILYN GORAN** | § | **IN THE DISTRICT COURT** |
| | § | |
| **PLAINTIFF** | § | |
| | § | |
| **V.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **JITENDRA RAJPAL, ET AL** | § | |
| | § | |
| **DEFENDANTS.** | § | **193ʳᵈ JUDICIAL DISTRICT** |

---

**NOTICE OF APPEAL**

---

Plaintiff Marilyn Goran gives notice of her intent to appeal the trial court's judgment rendered on November 17, 2014.  This appeal is taken to the Fifth Court of Appeals in Dallas, Texas.

Respectfully submitted,

**FISHMAN JACKSON SHAVER ASH**

By:   /s/ Steven R. Shaver_____
Steven R. Shaver
Texas Bar No. 18136550
sshaver@fishmanjackson.com
Town East Tower
18601 LBJ Freeway, Suite 500
Mesquite, Texas  75150
Tel. (214) 446-4400
Fax. (214) 432-6688

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on March 27, 2015.

/s/ Steven R. Shaver _____
Attorney